UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARNESTUS JOHNNY DEBERRY, #159243,  )
               Petitioner,  )
                       )    No. 1:17-cv-53
-v-                             )
                       )    Honorable Paul L. Maloney
RANDALL HAAS,  )
             Respondent.  )
                       )

## JUDGMENT

The Court has dismissed Deberry's petition for habeas relief brought under 28 U.S.C. § 2254. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  February 21, 2017                                /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge